IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Brenda Lee Sims, Debtor                                                    Case No. 24-51602-KMS
                                                                                                              CHAPTER 13

## ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (DK #___), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. This Order binds those creditors and parties in interest that have been properly served. The Confirmed Plan (Dk# 36) shall be modified to pay the mortgage in full pursuant the claim filed by U.S. Small Business Administration (Claim #20) over the life of the plan. Trustee is authorized to adjust the wage order, if needed, for the modification. Debtor must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR