–1–

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI


IN RE:   BRENDA LEE SIMS,
              DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 24-51602-KMS

DAVID RAWLINGS, TRUSTEE


**TRUSTEE'S RESPONSE TO**
**MOTION TO MODIFY PLAN**


COMES NOW, the Chapter 13 Trustee, David Rawlings, by and through his attorney, and files this Response to the Debtor's Motion to Modify Plan (Docket No. 41), and says that Trustee has no objection to the proposed Modification, but any Order approving the modified treatment of the SBA mortgage should specify that *Till* interest should be paid on the balance.

Respectfully submitted,

DAVID RAWLINGS, TRUSTEE

BY:  */s/Samuel J. Duncan*
          Samuel J. Duncan,
          His Attorney


Samuel J. Duncan
Attorney for Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
Telephone: (601) 582-5011
Miss. Bar No. 6234

–2–

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that I have on this day forwarded a true and correct copy of the foregoing Response, via the Court's ecf filing system, to: the US Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; and TC Rollins, Jr.

      So certified on this the 11th day of June, 2025.

                                            */s/Samuel J. Duncan*
                                                Samuel J. Duncan