

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 21, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    BRENDA LEE SIMS,
    DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 24-51602-KMS

DAVID RAWLINGS, TRUSTEE

### ORDER ON
### MOTION TO MODIFY PLAN

THIS DAY, THIS CAUSE came on to be considered on the Debtor's Motion to Modify Plan (Docket No. 41) and the Trustee's Response thereto (Docket No. 42), and the Court finds the Motion should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Motion to Modify Plan is granted; Section 3.1(a) is modified to remove the US Small Business Administration; and Section 3.1(c) is modified to treat the US Small Business Administration, paying the same in full at 10% interest.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:
/s/TC Rollins, Jr., Attorney
for the Debtor(s)

/s/Drew Norwood, Attorney
for USDA

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for the Chapter 13 Trustee
PO Box 566
Hattiesburg, MS  39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net