United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 24-51602-KMS
Brenda Lee Sims Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Aug 21, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda Lee Sims, Po Box 207, State Line, MS 39362-0207 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 23, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Durwood McGuffee | on behalf of Creditor Republic Finance LLC durwood@mcguffeelawfirm.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Brenda Lee Sims trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Aug 21, 2025 Form ID: pdf012 Total Noticed: 1
TOTAL: 5

**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 21, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   BRENDA LEE SIMS,
         DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 24-51602-KMS

DAVID RAWLINGS, TRUSTEE

### ORDER ON
### MOTION TO MODIFY PLAN

THIS DAY, THIS CAUSE came on to be considered on the Debtor's Motion to Modify Plan (Docket No. 41) and the Trustee's Response thereto (Docket No. 42), and the Court finds the Motion should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Motion to Modify Plan is granted; Section 3.1(a) is modified to remove the US Small Business Administration; and Section 3.1(c) is modified to treat the US Small Business Administration, paying the same in full at 10% interest.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:
/s/TC Rollins, Jr., Attorney
for the Debtor(s)

/s/Drew Norwood, Attorney
for USDA

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for the Chapter 13 Trustee
PO Box 566
Hattiesburg, MS  39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net