UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                         CHAPTER 13 PROCEEDING:
BRENDA LEE SIMS                                   24-51602 KMS
Po Box 207
State Line, MS 39362

## MOTION TO INCREASE PLAN PAYMENT

THAT THE SUM PROPOSED TO BE PAID as a Plan Payment by the Debtor is insufficient to complete the payment of the Plan in the originally scheduled number of months proposed by the Debtor for the following reason: Order, dk#46, on Debtor's Motion to Modify.

WHEREFORE, TRUSTEE MOVES THE COURT to increase the Debtor's Plan Payment to the sum of $1,249.58 per month beginning with the month of October 05, 2025.

RESPECTFULLY SUBMITTED: August 25, 2025

/s/ DAVID RAWLINGS
DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403

## CERTIFICATE OF SERVICE

I, DAVID RAWLINGS, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion to Debtor, Debtor's Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day, August 25, 2025.

DEBTOR:

BRENDA LEE SIMS
Po Box 207
State Line, MS 39362

ATTORNEY FOR DEBTOR:           U.S. TRUSTEE:

THOMAS C. ROLLINS, JR            501 East Court Street
P O Box 13767                            Suite 6-430
Jackson, MS 39236                    Jackson, MS 39201

/s/ DAVID RAWLINGS
DAVID RAWLINGS, TRUSTEE