**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Brenda Lee Sims**                                    **Case No. 24-51602-KMS**
, Debtor                                                                       **CHAPTER 13**

**<u>NOTICE</u>**

The undersigned counsel has filed papers with the court to Approve a Settlement, Compensation and Authorize Distribution of Proceeds.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application.

Date: April 6, 2026.                    Signature:   <u>/s/ Thomas C. Rollins, Jr.</u>
                                                                      Thomas C. Rollins, Jr. (MSBN 103469)
                                                                      Jennifer A Curry Calvillo (MSBN 104367)
                                                                      The Rollins Law Firm, PLLC
                                                                      PO Box 13767
                                                                      Jackson, MS 39236
                                                                      601-500-5533
                                                                      trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Brenda Lee Sims**                                    **Case No. 24-51602-KMS**
          **, Debtor**                                                           **CHAPTER 13**

<u>**MOTION TO APPROVE SETTLEMENT, COMPENSATE SPECIAL COUNSEL AND**
**AUTHORIZE DISTRIBUTION OF PROCEEDS**</u>

COMES NOW, Thomas C. Rollins, Jr., attorney for Debtor and files this Motion to Approve Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds and in support thereof, would show to this Honorable Court as follows, to-wit:

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C.  § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      That the Court has authority to allow this compensation and to pay the same as authorized by 11 U.S.C. § 330.

<u>**SETTLEMENT TERMS AND DISTRIBUTION OF PROCEEDS**</u>

3.      On or about March 12, 2025, The Deakle-Johnson Law Firm, PLLC and Sakalarios, Blackwell & Shock, PLLC were employed as Special Counsel (Dk# 39) representing Debtor in a class action claim.  That Debtor and Special Counsel agreed to a contingency fee of 40% plus expenses.

4.      The class action claim is now settled in the gross amount of $7,500.00.   The settlement is fair and in the best interest of the Debtor and the bankruptcy estate.

5.      Debtor requests settlement approval and authority to pay the settlement proceeds of $7,500.00 to the Chapter 13 Trustee who shall then disburse the claim proceeds as follows:

   a.     Attorney's Fees *(subject to Court approval of Special Counsel's Application for Compensation)* - $2,295.00

   b.     Expenses: $495.95

c.    Common Benefit Fees & Costs $750.00

d.    To Special Counsel the sum of $601.35 for full satisfaction of the following medicals:

i.    Medicare Lien - $601.35

e.    Amount to by retained by the Trustee for Distribution in Debtor's case pursuant to further order of this Court: $3,357.70

## COMPENSATION OF SPECIAL COUNSEL

6.    That Applicant has taken into consideration the factors outlined in *Johnson v. Georgia Highway Express, Inc.*, 499F.2d 714 (5th Cir. 1974), made applicable to proceedings in this Court by the decision in *In Re First Colonial Corp. of America,* 544 F. 2d, 1291 (5th Cir., *cert. denied,* 97 S. Ct. 1696 [1977]), in establishing a reasonable request for compensation.  The fee is reasonable in light of the requirements that bankruptcy estates be administered as economically as possible and that all the services rendered are of a legal nature requiring the services of an attorney.

7.    To a certain extent, other employment was precluded by services rendered in that at certain periods of the administration of this bankruptcy, the legal representation of the bankruptcy estate prevented the attorneys from working on other cases.

8.    That the attorneys are duly licensed and authorized, practicing in Mississippi.

9.    On or about March 12, 2025 The Deakle-Johnson Law Firm, PLLC and Sakalarios,Blackwell & Shock, PLLC was employed as Special Counsel (Dk#39) representing Debtor in a personal injury claim.  That claim is now settled pending Court approval.   That Debtor and Special Counsel agreed to a contingency fee of 40% plus expenses.

10.     Debtor is entitled to a distribution from a settlement in the gross amount of $7,500.00.  Special Counsel requests attorney's fees of $2,295.00, representing 40% of the gross settlement and $495.95 as reimbursement of necessary expenses. That a 40% contingency falls withing the range of customary attorney's fees for this type of matter.

WHEREFORE, the undersigned requests that this Motion be received and filed and that an Order be entered approving the foregoing settlement and distribution of proceeds, and prays for such other, further, and general relief to which the Special Counsel may be entitled.

Respectfully submitted,

Morgan & Morgan

BY: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds with Debtor was forwarded on April 6, 2026 to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BRENDA LEE SIMS

CASE NO: 24-51602

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/6/2026, I did cause a copy of the following documents, described below,

Motion to Approve Settlement, Compensate Special Counsel and Distribution of Proceeds

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/6/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BRENDA LEE SIMS

CASE NO: 24-51602

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/6/2026, a copy of the following documents, described below,

Motion to Approve Settlement, Compensate Special Counsel and Distribution of Proceeds

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/6/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-51602
SOUTHERN DISTRICT OF MISSISSIPPI
MON APR 6 12-8-29 PST 2026

MERRICK BANK
PO BOX 10368
GREENVILLE  SC 29603-0368

REPUBLIC FINANCE  LLC
CO DURWOOD MCGUFFEE  ESQ
PO BOX 4219
BRANDON  MS 39047-4219


EXCLUDE

SAKALARIOUS  BLACKWELL  SHOCK  PLLC
1817 HARDY ST
HATTIESBURG  MS 39401-4914

THE DEAKLEJOHNSON LAW FIRM PLLC
802 MAIN ST
HATTIESBURG  MS 39401-3432

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036


AFFIRM  INC
ATTN BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO  CA 94108-2716

ALLY BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

ALLY CREDIT CARDCWS
PO BOX 9222
OLD BETHPAGE  NY 11804-9222


CFNA
ATTN BANKRUPTCY
PO BOX 81315
CLEVELAND  OH 44181-0315

CREDIT FIRST NA
PO BOX 818011
CLEVELAND  OH 44181-8011

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285


CAPITAL ONE  NA
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONEWALMART
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CITIBANK NA
CITIBANK  NA
5800 S CORPORATE PL
SIOUX FALLS  SD  57108-5027


CITIBANKBEST BUY
PO BOX 790040
ST LOUIS  MO 63179-0040

DEERICA SIMS
PO BOX 207
STATE LINE  MS 39362-0207

DURWOOD MCGUFFEE  ESQ
MCGUFFEE LAW FIRM
FOR REPUBLIC FINANCE LLC
PO BOX 4219
BRANDON  MS 39047-4219


FAMILY CHOICE FINANCIAL  INC
168 COWART STREET
SUITE 2
LUCEDALE  MS 39452-5916

(P)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

(P)FIRST SAVINGS BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003


FORREST GENERAL
6051 US 49
HATTIESBURG  MS 39401

FORTIVA
ATTN BANKRUPTCY
PO BOX 105555
ATLANTA  GA 30348-5555

HATTIESBURG CLINIC  PA
415 S 28TH AVE
HATTIESBURG  MS 39401-7283


JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
CO NATIONAL BANKRUPTCY SERVICES  LLC
PO BOX 9013
ADDISON  TEXAS 75001-9013

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

JPMCB
MAILCODE LA47100
700 KANSAS LANE
MONROE  LA 71203-4774

EXCLUDE

KOHLS
PO BOX 3043
MILWAUKEE  WI 53201-3043

(D)MERRICK BANK
PO BOX 10368
GREENVILLE  SC 29603-0368

(P)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

MISSION LANE LLC
BY AIS INFOSOURCE  LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

EXCLUDE

(D)(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

SBA
PO BOX 740192
ATLANTA  GA 30374-0192

SBA
CO US ATTORNEYS OFFI
501 E COURT ST
STE 4430
JACKSON  MS 39201-5025

SINGING RIVER FEDERAL CREDIT UNION
6006 HWY 63
MOSS POINT  MS 39563-9534

SUMMIT FINANCIAL SERVICES  CORP
105 S 16TH AVE  SUITE C
LAUREL MS 39440-4170

(P)SUNBIT INC
ATTN LEGAL AND COMPLIANCE
PO BOX 24010
LOS ANGELES CA 90024-0010

SYNCHRONY BANKCHEVRON
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

SYNCHRONY BANKSAMS
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

(P)TD BANK USA N A
ATTN CO WEINSTEIN  RILEY P S
1415 WESTERN AVE
SUITE 700
SEATTLE WA 98101-2051

TARGET NB
PO BOX 9475
MINNEAPOLIS  MN 55440-9475

TOYOTA FINANCIAL
ATTN BANKRUPTCY
PO BOX 259004
PLANO  TX 75025-9004

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON  TEXAS 75001-9013

EXCLUDE

US SMALL BUSINESS ADMINISTRATION
FEDERAL GOVERNMENT AGENCY
200 W SANTA ANA BLVD  STE 740
SANTA ANA CA 92701-7534

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

DEBTOR

BRENDA LEE SIMS
PO BOX 207
STATE LINE  MS 39362-0207

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767