United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                      Case No. 24-51602-KMS

Brenda Lee Sims                                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                Page 1 of 2
Date Rcvd: May 01, 2026                       Form ID: pdf012                           Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

**Recip ID              Recipient Name and Address**
db              +  Brenda Lee Sims, Po Box 207, State Line, MS 39362-0207
sp              +  The Deakle-Johnson Law Firm PLLC, 802 Main St., Hattiesburg, MS 39401-3432

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2026 at the address(es) listed below:**

**Name                     Email Address**

David Rawlings
                          ecfnotices@rawlings13.net  sduncan@rawlings13.net

Durwood McGuffee
                          on behalf of Creditor Republic Finance  LLC durwood@mcguffeelawfirm.com

Samuel J. Duncan
                          on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
                          on behalf of Debtor Brenda Lee Sims trollins@therollinsfirm.com
                          jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                          USTPRegion05.JA.ECF@usdoj.gov

District/off: 0538-6                    User: mssbad                         Page 2 of 2
Date Rcvd: May 01, 2026                 Form ID: pdf012                      Total Noticed: 2
TOTAL: 5

---



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 1, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Brenda Lee Sims**                                    **Case No. 24-51602-KMS**
, **Debtor**                                                    **CHAPTER 13**

## <u>ORDER APPROVING SETTLEMENT, COMPENSATION OF SPECIAL COUNSEL AND AUTHORIZING DISTRIBUTION OF PROCEEDS</u>

THIS CAUSE having come on this date on the Special Counsel's Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds (DK #57), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Debtor, Trustee or Creditors, does find as follows:

IT IS THEREFORE ORDERED that the Motion to Approve Settlement and Authorize Distribution of Proceeds shall be granted, and the Application for Compensation shall be approved.

IT IS FURTHER ORDERED that the Court hereby approves the proposed settlement in the amount of $7,500.00.

IT IS FURTHER ORDERED that the Court hereby approves Special Counsel's fees in the amount of $2,295.00, and expenses in the amount of $495.95.

IT IS FURTHER ORDERED that the Court hereby approves a distribution of proceeds as follows:

  a. To The Deakle-Johnson Law Firm, PLLC for Attorney's Fees:  $2,295.00

  b. Expenses: $495.95

  c. To The Deakle-Johnson Law Firm, PLLC the sum of $601.35 for full satisfaction of the following medicals:

    i. Medicare Lien - $601.35

    d.   Common Benefit Fees & Costs $750.00

    e.   Amount retained by the Trustee for Distribution in Debtor's bankruptcy case pursuant to further order of this Court: $3,357.70

IT IS FURTHER ORDERED that Special Counsel is granted authority to pay the gross settlement proceeds to the Chapter 13 Trustee.  The Trustee shall distribute the total proceeds as though they were regular plan payments, in accordance with the terms of this Order. Any remaining funds shall be disbursed to unsecured creditors, thereby increasing the total distribution to unsecured creditors in this case to no less than $6,200.  The Chapter 13 Trustee is authorized to sign a release, if requested to do so.

##END OF ORDER##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533